UNITED STATES of America, Plaintiff—Appellee,

v.

Antonio CUEVAS–RODRIGUEZ, a.k.a. Antonio Garcia–Rodriguez, Defendant—Appellant.

No. 06–30260.

United States Court of Appeals, Ninth Circuit.

Submitted July 9, 2007 [*].

Filed July 16, 2007.

Rafael M. Gonzalez, Jr., Office of the U.S. Attorney, Boise, ID, for Plaintiff–Appellee.

Thomas M. Monaghan, Esq., Federal Defenders of Eastern Washington & Idaho, Boise, ID, for Defendant–Appellant.

Before: LEAVY, THOMAS, and BERZON, Circuit Judges.

MEMORANDUM [**]

Antonio Cuevas–Rodriguez appeals from his 57–month sentence imposed following his guilty-plea conviction for illegal re-entry into the United States, in violation of 8 U.S.C. § 1326(a).

Assuming arguendo that Cuevas–Rodriguez's appeal waiver was invalidated by the district court's oral pronouncements,

---

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

we conclude that the district court properly considered the advisory Sentencing Guidelines and the 18 U.S.C. § 3553(a) sentencing factors in imposing the sentence. *See United States v. Plouffe,* 445 F.3d 1126, 1131 (9th Cir.), *cert. denied,* —— U.S. ——, 126 S.Ct. 2314, 164 L.Ed.2d 832 (2006).

**AFFIRMED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.